## ROCKET AEROHEAD CORPORATION, Plaintiff–Appellee,

v.

## Victor Jay LIECHTY, II, Defendant–Appellant.

No. 04–1435.

United States Court of Appeals, Federal Circuit.

DECIDED: July 13, 2004.

Alfred H. Edwall, Jr., Principal Attorney, Edwall Law, Little Canada, MN, for Plaintiff–Appellee.

Wesley M. Lang, Principal Attorney, Powell & Lang, Salt Lake City, UT, for Defendant–Appellant.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.